NUMBER
13-10-00458-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

PAGEL DAVIS &
HILL, P.C.,                                                       Appellant,

 

                                                             v.

 

McALLEN CONSTRUCTION,
INC.,                                              Appellee. 

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 2

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before
Justices Yañez, Garza, and Benavides 

Memorandum Opinion
Per Curiam

 








Appellant,
Pagel Davis & Hill, P.C., perfected an appeal from a judgment entered by
the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-06-3135-B. 
The parties have filed a joint motion to dismiss on grounds the parties have
agreed to modify the trial court’s order.  The parties request that this Court
dismiss this case.  

The
Court, having considered the documents on file and the joint motion to dismiss,
is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance
with the agreement of the parties, costs are taxed against the party incurring
same.  See Tex. R. App. P.
42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant.").  Having dismissed the appeal at the parties’
request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 

PER
CURIAM

Delivered and filed the 

30th day of September, 2010.